UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Thomas Burke,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Unum Life Insurance<br>Company of America,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00325-LEW<br><br>**STIPULATION OF DISMISSAL** |

The parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

| | |
|---|---|
| Thomas Burke<br><br>By his attorney,<br><br>*/s/ Tamra J. Wallace*<br>Tamra J. Wallace, Esq.<br>LAMBERT COFFIN<br>Two Monument Square, Suite 400<br>Portland, Maine 04101<br>207.874.4000<br>twallace@lambertcoffin.com | UNUM Life Insurance Company of America<br><br>By its attorney,<br><br>*/s/ Byrne J. Decker*<br>Byrne J. Decker, Esq.<br>OGLETREE, DEAKINS, NASH<br>SMOAK &STEWART, P.C.<br>Two Monument Square, Suite 703<br>Portland, ME 04101<br>207-387-2957<br>byrne.decker@ogletree.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February 2022, I filed the foregoing Stipulaiton of dismissal via electronic means through the Court's Case Management/Electronic Case File system, which will send an automatic notification of filing to each party registered for electronic service.

                                                */s/ Tamra J. Wallace*
                                                Tamra J. Wallace, Esq.
                                                LAMBERT COFFIN
                                                Two Monument Square, Suite 400
                                                Portland, Maine 04101
                                                207.874.4000
                                                twallace@lambertcoffin.com